IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| HEALTH EDGE SOFTWARE, INC., <br><br> Plaintiff, <br> V. <br> POMCO, INC., <br><br> Defendant. | Docket No: 1:14-CV-12038 |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the parties in the above entitled action, by their attorneys, hereby stipulate and agree that the action be dismissed, without prejudice, and without attorney fees, court costs, or any other related fees.

Dated this **13th day** of **May, 2014.**

                                             HEALTHEDGE SOFTWARE, INC.

                                             By its attorneys,

                                             ___/s/ Thomas E. Peisch_____

                                             Thomas E. Peisch BBO # 393260
                                             Kurt B. Fliegauf, BBO #564329
                                             Michael J. Rossi, BBO # 666082
                                             CONN KAVANAUGH ROSENTHAL PEISCH &
                                                  FORD, LLP
                                             Ten Post Office Square
                                             Boston, MA 02109

(617) 482-8200
tpeisch@connkavanaugh.com
kfliegauf@connkavanaugh.com
mrossi@connkavanaugh.com

POMCO, INC.
By its attorneys,

/s/ Christopher M. Jantzen_____
Christopher M. Jantzen, Esq. BBO# 545489
Christina A. Madek, Esq. BBO# 666495
Amanda R. Higgins Esq. BBO# 678434
JANTZEN & ASSOCIATES, P.C.
4 Liberty Square -Seventh Floor
Boston, MA 02109
Phone: 617-457-1919
Fax: 617-574-5050
cjantzen@js-law.com
cmadek@js-law.com
ahiggins@js-law.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 13, 2014.

/s/ Christopher M. Jantzen_____
Christopher M. Jantzen, Esq. BBO# 545489